CAUTIÑO ET AL., PLAINTIFFS AND APPELLANTS, *v.* MUÑOZ ET AL.,
DEFENDANTS AND RESPONDENTS.

APPEAL from the District Court of Guayama.

NOTICE of appeal to the Supreme Court of the Untied States.

No. 1038.—Decided November 11, 1913.

APPEAL TO SUPREME COURT OF UNITED STATES—FINAL JUDGMENT.—A decision
of this court dismissing an appeal because of failure to file the transcript
of the record within the time fixed by law is not appealable to the Supreme
Court of the United States, for it is not a final judgment for the purpose
of an appeal within the meaning of section 244 of the Judicial Code of the
United States of March 3, 1911.

The facts are stated in the decision of the court.
*Mr. Herminio Díaz Navarro* for appellants.
*Messrs. José Tous Soto, Willis Sweet* and *Pedro Gómez
Lassere* for respondents.

DECISION.

WHEREAS, on November 7, 1913, the plaintiffs filed a notice
of appeal to the Supreme Court of the United States from the
decision rendered by this court in the above-entitled cause on
October 17 last sustaining a motion of the defendants to dis-
miss the present appeal, the plaintiffs having filed an assign-
ment of errors and a certificate of the secretary of the District
Court of Guayama to show that the bill of costs approved by
the lower court in this case amounts to $7,048.65;

WHEREAS, in accordance with section 244 of the Judicial
Code of the United States of March 3, 1911, appeals may be
taken only from final judgments and decrees of this court,
and, in accordance with the jurisprudence laid down by the
Supreme Court of the United States in the cases of *Wenar* v.
*Jones, Bishop of Porto Rico*, 217 U. S., 593, and *Harrington* v.
*Holler*, 111 U. S., 796, a decision dismissing an appeal because
of failure to file the transcript of the record within the time

fixed by law is not a final judgment for the purposes of an appeal to the Supreme Court of the United States;

THEREFORE, in view of section 244 of the said Judicial Code, of the jurisprudence cited and of the practice followed by this court in cases Nos. 961 and 968, *Luis Vilella et al.* v. *Pablo Vilella et al.,* wherein appeals were denied on April 1, 1913, the appeal sought to be taken by the plaintiff-appellants from the decision rendered by this court in the present case, *ante* p. 957, is denied.

*Appeal denied.*

Chief Justice Hernández and Justices Wolf, del Toro and Aldrey concurred.

Mr. Justice MacLeary took no part in this decision.